UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DAVID SCHREIER,<br><br>        Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>        Defendant. | CASE NO. 3:10-CV-01998-CRB<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES] |

The Court has reviewed the Stipulation of Plaintiff DAVID SCHREIER and Defendant BAY AREA CREDIT SERVICE, LLC ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED

DATED: Oct. 20, 2010

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*